Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
(907) 276-5727
Email: kgutsch@richmondquinn.com

*Attorneys for Defendant*
*Walmart Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NANCY GASTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:23-cv-000206-JMK |
| WALMART INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF LODGING STATE COURT DOCUMENTS

COMES NOW defendant, Walmart Inc., by and through their counsel, Richmond & Quinn, and identify and attach the following documents that were filed in the Superior Court, Case No. 3AN-22-8361CI:

1. Complaint (08/23/2023).

2. Summons and Notice to Both Parties of Judicial Assignment.

3. Demand for Jury Trial

Notice of Lodging State Court Documents
Nancy Gaston v. Walmart Inc., Case No. 3:23-cv-00206-JMK
Page 1 of 2

Case 3:23-cv-00206-JMK    Document 5    Filed 09/13/23    Page 1 of 2

DATED this 13th day of September 2023, at Anchorage, Alaska.

RICHMOND & QUINN

By: /s/ Kenneth M. Gutsch

Kenneth M. Gutsch
Alaska Bar No. 8811186
360 K Street, Suite 200
Anchorage, AK 99501
Ph: 907-276-5727
Fx: 907-276-2953
kgutsch@richmondquinn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of September 2023, a copy of the foregoing was served by email to:

Adam Winner
Barber & Associates, LLC
540 E. 5th Ave.
Anchorage, AK 99501
Ph: 907-276-5858
Fax: 907-276-5817
Email: adamw@alaskainjury.com

By: /s/
RICHMOND & QUINN

I:\2245\2245.098\PLD\Notice of Lodging State Court Documents.docx

Notice of Lodging State Court Documents
<u>Nancy Gaston v. Walmart Inc.</u>, Case No. 3:23-cv-00206-JMK
Page 2 of 2