IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NANCY GASTON,<br><br>        Plaintiff,<br><br>vs.<br><br>WALMART INC.,<br><br>        Defendant. | Case Nos. 3:23-cv-00206-JMK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |
| WALMART INC.,<br><br>        Third Party Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>        Third Party Defendant. | |

At Docket 15, Plaintiff Nancy Gaston and Defendant Walmart Inc. stipulate to dismiss all claims, without prejudice. The stipulation is **GRANTED**. **IT IS HEREBY ORDERED THAT** all claims asserted by the Plaintiff against the Defendant, are dismissed without prejudice, each side to bear their own costs and attorney's fees. The Clerk of Court is respectfully directed to close this case file.

*Nancy Gaston v. Walmart Inc.*　　　　　　　　　　　　　　　　　　Case No. 3:23-cv-00206-JMK
Order Granting Stipulation of Dismissal　　　　　　　　　　　　　　　　　　Page 1 of 2

Case 3:23-cv-00206-JMK　　Document 16　　Filed 01/23/24　　Page 1 of 2

IT IS SO ORDERED this 23rd day of January, 2024, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge